## JERSEY CENTRAL POWER AND LIGHT COMPANY

v.

## FEDERAL ENERGY REGULATORY COMMISSION.

### No. 82–2004.

United States Court of Appeals, District of Columbia Circuit.

Oct. 18, 1985.

Before SPOTTSWOOD W. ROBINSON, III, Chief Judge, and J. SKELLY WRIGHT, WALD, MIKVA, HARRY T. EDWARDS, GINSBURG, BORK, SCALIA and STARR, Circuit Judges.

### ORDER

PER CURIAM.

The suggestion for rehearing *en banc* of intervenors Allegheny Electric Cooperative, Inc., et al., has been circulated to the full Court. A vote was requested thereon, and a majority of the active judges of the Court have voted in favor of the suggestion. Upon consideration of the foregoing, it is

ORDERED, by the Court *en banc,* that the aforesaid suggestion for rehearing *en banc* is granted, and it is

FURTHER ORDERED, by the Court *en banc,* that the opinion and judgment of August 2, 1985, 768 F.2d 1500, be, and the same hereby are, vacated.

A future order will govern proceedings before the *en banc* Court.